ACCEPTED
01-15-00530-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/12/2015 4:05:38 PM
CHRISTOPHER PRINE
CLERK



JACKSON WALKER L.L.P.

SINCE 1887

ATTORNEYS & COUNSELORS

Scott W. Weatherford
(512) 236-2073 (Direct Dial)
(512) 691-4440 (Direct Fax)
sweatherford@jw.com

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/12/2015 4:05:38 PM
CHRISTOPHER A. PRINE
Clerk

June 12, 2015

***Via E-Filing***

Christopher A. Prine
Clerk, First Court of Appeals
301 Fannin Street, Room 208
Houston, Texas 77002-2066

Re:    Court of Appeals Number 01-15-00530-CV; *In re Sunset Nursing Home, Inc.*; in the Court of Appeals for the First District of Texas at Houston, Texas

Dear Clerk of the Court,

This firm represents Real Parties in Interest Rebecca Ann, Inc., Donald Grether, Paul Heinig, and Plantation Health Care, Inc. in the above-referenced mandamus proceeding. This morning, Relator Sunset Nursing Home, Inc. filed (without conference) an Emergency Motion to Stay Trial Court Proceedings. The purpose of this letter is to advise the Court that the Real Parties in Interest intend to file a response in opposition to the Emergency Motion, and request time to do so before the Court makes a ruling on that motion. The response will be filed no later than 5:00 p.m. on Monday, June 15, 2015.

I appreciate your courtesies in this matter.

Very truly yours,

Scott W. Weatherford

12127087v.1